# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
**ESTHER SALAS**
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.
ROOM 2060
NEWARK, NJ 07101
973-297-4887

April 22, 2010


**LETTER ORDER**


     **Re:**    **Mechin v. CarQuest Corp., et al.**
              **Civil Action No. 07-5824 (GEB)**


Dear Mr. Viceconte:

It has come to the attention of this Court that your client, Bridgestone/Firestone, has been served with a subpoena by the Defendant in the above-referenced matter.  It has also come to the attention of this Court that you have failed to respond to said subpoena.  Pursuant to Fed. R. Civ. P. 45, a person may be held in contempt, "who, having been served [with a subpoena], fails without adequate excuse to obey the subpoena."

To ensure that adequate notice has been given, Bridgestone/Firestone shall have until **April 30, 2010** to comply with the subpoena or move to quash said subpoena.  If Bridgestone/Firestone does not comply or otherwise move before this Court for relief, the Court will move forward with a formal Order requiring compliance.

     **SO ORDERED.**

                      s/Esther Salas
                      **Esther Salas, U.S.M.J**


cc:    Counsel of Record via ECF
        Counsel for Firestone, Christopher Viceconte (via certified mail RRR)