# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## (NEWARK VICINAGE)

| | |
|---|---|
| JEAN MICHEL MECHIN,<br><br>Plaintiff,<br><br>vs.<br><br>CARQUEST CORPORATION; CARQUEST PRODUCTS, INC.; TMC ENTERPRISES, VOLTEC INDUSTRIES; TASCO; BWP DISTRIBUTORS, INC.; and ABC CORPORATIONS 1-10 (said names presently unknown and fictitious),<br><br>Defendants. | CIVIL ACTION NO: 07-5824 (GB)<br><br><br>**SEVENTH AMENDED PRE-TRIAL SCHEDULING ORDER** |

**THIS MATTER** having come before the Court for a telephonic conference on April 20, 2010, and for good cause shown,

IT IS on this _21st_ day of April, 2010,

**ORDERED** that:

## I.   DISCOVERY AND MOTION PRACTICE

1.   Fact Discovery Deadline:  Fact discovery is to remain open through May 12, 2010.  All fact witness depositions must be completed by the close of fact discovery.  No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

2.   Motions to Add New Parties.  Any applications to join in Tasco and TMC Enterprises' Motion for Leave to File a Third-Party Complaint against TMC Electrical Products (Shenzhen) Co. Ltd. and Bridgestone Retail Operations, LLC must be filed by April 27, 2010. Any opposition to this Motion must be filed by May 3, 2010 and any replies to the opposition to this Motion must be filed by May 10, 2010.

3.   Motions to Amend Pleadings.  Any motion to amend pleadings must be returnable no later than April 12, 2010.

4-9.   Remain the same pursuant to Pre-Trial Scheduling Order dated November 6, 2008.

## II.   EXPERTS

10.   Affirmative Expert Reports.  Plaintiff's expert reports shall be delivered by June 14, 2010.

11.   a)   Responding Expert Reports.  Defendants' responding expert reports shall be delivered by July 19, 2010.

b)   Plaintiff's responding expert reports shall be delivered by August 9, 2010 and the depositions of all experts must be completed by September 9, 2010.

12.   Remains the same pursuant to the Pre-Trial Scheduling Order dated November 6, 2008.

## III.   FINAL PRE-TRIAL CONFERENCE

13-18. Remain the same pursuant to Pre-Trial Scheduling Order dated November 6, 2008.

## IV.   MISCELLANEOUS

19.   There will be a telephone status conference before the undersigned on __June 11__, 2010 at __11:00__ (a.m.)/p.m.  The conference shall be initiated by counsel for __Plaintiff__.

20-27. Remain the same pursuant to Pre-Trial Scheduling Order dated November 6, 2008.

HONORABLE ESTHER SALAS
UNITED STATES MAGISTRATE JUDGE