**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

May 21, 2010

**LETTER ORDER**

    Re:    **Mechin v. Carquest Corp. et al.**
                **Civil Action No. 07-5824 (GEB)**

Dear Counsel:

A telephone conference has been scheduled for **May 27, 2010 at 10:00 A.M.** Counsel for Plaintiff is to initiate the call. Should you have any questions please call (973) 297-4887.

    **SO ORDERED.**

                                            *s/Esther Salas*
                                            **Esther Salas, U.S.M.J**