## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### *(NEWARK VICINAGE)*

| | |
|---|---|
| JEAN MICHEL MECHIN,<br><br>                              Plaintiff,<br><br>vs.<br><br>CARQUEST CORPORATION; CARQUEST PRODUCTS, INC.; TMC ENTERPRISES, VOLTEC INDUSTRIES; TASCO; BWP DISTRIBUTORS, INC.; and ABC CORPORATIONS 1-10 (said names presently unknown and fictitious),<br><br>                              Defendants. | CIVIL ACTION NO:  07-5824 (GB)<br><br><br>**EIGHTH AMENDED PRE-TRIAL SCHEDULING ORDER** |

**THIS MATTER** having come before the Court for a telephonic conference on May 27, 2010, and for good cause shown,

**IT IS** on this _____ day of June, 2010,

**ORDERED** that:

**I.    DISCOVERY AND MOTION PRACTICE**

1.    Fact Discovery Deadline:  Fact discovery is to remain open through July 16, 2010.  All fact witness depositions must be completed by the close of fact discovery except for any discovery that may be required once the motions referenced in paragraph 2 are decided.  No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

2.    Motions to Add New Parties.  No further applications to add new parties are contemplated by the parties.  The Motions for Leave to File a Third-Party Complaint against TMC Electrical Products (Shenzhen) Co. Ltd. and Bridgestone Retail Operations, LLC are pending.

3.    Motions to Amend Pleadings.  No further motions to amend the pleadings are contemplated by the parties.

4-9.    Remain the same pursuant to Pre-Trial Scheduling Order dated November 6, 2008.

## II. EXPERTS

10. <u>Plaintiff's Expert Reports</u>.  Plaintiff's expert reports shall be delivered by September 1, 2010.

    11. a) <u>Defendants' Expert Reports</u>.  Defendants' responding expert reports shall be delivered by October 18, 2010.

        b) <u>Plaintiff's Responding Expert Reports</u>.  Plaintiff's responding expert reports shall be delivered by December 2, 2010.

        c) <u>Expert Depositions</u>. All expert depositions must be completed by January 17, 2011.

    12. Remains the same pursuant to the Pre-Trial Scheduling Order dated November 6, 2008.

## III. FINAL PRE-TRIAL CONFERENCE

13-18. Remain the same pursuant to Pre-Trial Scheduling Order dated November 6, 2008.

## IV. MISCELLANEOUS

19. There will be a telephone status conference before the undersigned on_____, 2010 at _____ a.m./p.m.  The conference shall be initiated by counsel for _____.

20-27. Remain the same pursuant to Pre-Trial Scheduling Order dated November 6, 2008.

_____
**HONORABLE ESTHER SALAS**
**UNITED STATES MAGISTRATE JUDGE**