## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

June 4, 2010

### LETTER ORDER

Re:   **Mechin v. Carquest Corp., et al.**
         **Civil Action No. 07-5824 (GEB)**

Dear Counsel:

The Court has scheduled an IN-PERSON oral argument in the above-referenced matter for **August 5, 2010 at 1:00 P.M.**  Counsel should be prepared to argue the issues presented in the pending Motion to Quash (Docket Entry No. 51).  Please feel free to contact the Court with any questions**.**

       **SO ORDERED.**

                                                                            *s/Esther Salas*
                                                                            **Esther Salas, U.S.M.J**