**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

June 17, 2010

**LETTER ORDER**

Re:   Mechin v. Carquest Corp., et al.
       Civil Action No. 07-5824 (GEB)

Dear Counsel:

The Court has previously scheduled an IN-PERSON oral argument in the above-referenced matter for **August 5, 2010 at 1:00 P.M.** Counsel should now be prepared to argue not only the issues presented in the pending Motion to Quash (Docket Entry No. 51) but also the issues presented in the pending Motion for Joinder (Docket Entry No. 45). Please feel free to contact the Court with any questions.

**SO ORDERED.**

                                                      *s/Esther Salas*
                                                      **Esther Salas, U.S.M.J**