LAW OFFICES OF BAUMANN & VISCOMI
399 Campus Drive - Suite 301
P.O. Box 6782
Somerset, New Jersey 08875-6782
(732) 563-6830
Attorneys for Defendant, Carquest Corporation

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEAN MICHAEL MECHIN, | Docket No.: 07-5824 |
| Plaintiff, | |
| -vs- | |
| CARQUEST CORPORATION, and ABC CORPORATIONS 1-10 (said names presently unknown and fictitious), | SUBSTITUTION OF ATTORNEY |
| Defendants. | |

The undersigned hereby consents to the substitution of **Mario C. Colitti, Law Offices of Baumann & Viscomi, 399 Campus Drive Suite 301, P.O. Box 6782, Somerset, NJ 08875-6782**, as attorney for defendant, **Carquest Corporation**, in the above-captioned matter.

Law Offices of Baumann & Viscomi,

_____          _____
Mario C. Colitti, Esq.,                    Martha D. Lynes, Esq.,
Superseding Attorney                   Withdrawing Attorney

Dated: July 29, 2010