# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES MAGISTRATE JUDGE** | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

August 11, 2010

## LETTER ORDER

Re:  **Mechin v. Carquest Corp., et al.**
      **Civil Action No. 07-5824 (GEB)**

Dear Counsel:

On August 5, 2010, the Court heard oral argument relating to the pending Motion to Quash (Docket Entry No. 51) and related Motions to Compel (Docket Entry Nos. 56 and 57). The motions were GRANTED in part and DENIED in part. For more detailed rulings, please see the transcript from oral argument. The Clerk may terminate the motions on the docket.

   **SO ORDERED.**

                                         *s/Esther Salas*
                                         **Esther Salas, U.S.M.J**