LAW OFFICES OF BAUMANN & VISCOMI
399 Campus Drive - Suite 301
P.O. Box 6782
Somerset, New Jersey 08875-6782
(732) 563-6830
Attorneys for Defendant, Carquest

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEAN MICHAEL MECHIN, | Civ. Ac. #07-5824(GEB-ES) |
| Plaintiff, | |
| -vs- | |
| CARQUEST CORPORATION; CARQUEST PRODUCTS, INC.; TMC ENTERPRISES; VOLTEC INDUSTRIES; TASCO; BWP DISTRIBUTORS, INC., and ABC CORPORATIONS 1-10 (said names presently unknown and fictitious), | SUBSTITUTION OF ATTORNEY |
| Defendants. | |

The undersigned hereby consents to the substitution of **JOHN H. MAUCHER, ESQ.**, MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP, 2070 SPRINGDALE ROAD, SUITE 400, CHERRY HILL, NJ 08003, (856) 616-0700, Email: jmaucher@defensecounsel.com, as attorney for defendants, *Carquest Corporation, Carquest Products, Inc.*, and *BWP Distributors, Inc.*, in the above-captioned matter.

_____          _____
John H. Maucher, Esq.,             Mario C. Colitti, Esq.,
Superseding Attorney               Withdrawing Attorney

Dated: August 6TH, 2010