UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JEAN MICHAEL MECHIN, | : | Civil Action No. 07-5824 (GEB) (ES) |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| CARQUEST CORP., et al. | : | |
| Defendants. | : | |

This matter having been brought before the Court by Defendants Tasco and TMC Enterprises, joined by Defendant Voltec Industries, LLC, (the "Moving Defendants") on a motion for leave to file a third-party complaint against Bridgestone Retail Operations, LLC and TMC Electrical Products (Shenzhen) Co. Ltd.; and the matter having been fully briefed by the parties; and the Court having heard argument from counsel on August 5, 2010; and the Court having issued an opinion filed on August 17, 2010; and this Order being fully consistent with that opinion; and for good cause shown;

IT IS on this 18th day of August, 2010,

**ORDERED** that the Moving Defendants' motion for leave to file a third-party complaint is *denied*.

s/Esther Salas
**Hon. Esther Salas, U.S.M.J.**