**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES MAGISTRATE JUDGE** | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

September 28, 2010

**LETTER ORDER**

  Re: **Mechin v. Carquest Corp., et al.**
     **Civil Action No. 07-5824 (GEB)**

Dear Counsel:

  Please be advised that the Undersigned has scheduled an In-Person Settlement Conference for **December 3, 2010 at 1:30 P.M. Trial counsel and clients with full settlement authority are to be present IN PERSON at the conference**. Any failure in this regard shall result in the imposition of sanctions. Should you have any questions please call (973) 297-4887.

  **SO ORDERED.**

                 *s/Esther Salas*
                 **Esther Salas, U.S.M.J**