# United States District Court
## for the District of New Jersey

_____ :
                                                :
JEAN MICHAEL MECHIN                             :
                                                :
              Plaintiff                         :        Civil  No. 07-5824
                                                :
                                                :
              vs.                               :
                                                :
CARQUEST CORPORATION                            :        Order of Reassignment
                                                :
                                                :
              Defendant                         :
                                                :
_____ :


It is on this   5th   day of   October   2010,

O R D E R E D that the entitled action is reassigned from Judge Garrett E. Brown, Jr. to Judge Susan D. Wigenton.



  S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court