UNITED STATES DISTRCIT COURT
FOR THE DISTRICT OF NEW JERSEY
(NEWARK VICINAGE)

| | |
|---|---|
| JEAN MICHELE MECHIN, <br><br>    Plaintiff, <br><br> vs. <br><br> CARQUEST CORPORATION; CARQUEST PRODUCTS, INC.; TMC ENTERPRISES; VOLTEC INDUSTRIES; TASCO; BWP DISTRIBUTORS, INC.; and ABC CORPORATIONS 1-10 (said names presently unknown and fictitious), <br><br>    Defendants. | CIVIL ACTION NO.:  07-5824(HAA) <br><br> **FINAL AMENDED PRE-TRIAL SCHEDULING ORDER** |

**THIS MATTER** having come before the Court for a scheduled conference on **October 28, 2010**; and for good cause shown,

**IT IS ON THIS** _____ day of _____, 2010

**ORDERED THAT:**

**I.    DISCOVERY AND MOTION PRACTICE**

1.    Fact Discovery Deadline:  Passed.

2.    Motions to Add New Parties: Passed.

3.    Motions to Amend Pleadings:  Passed.

    4-9    Remain the same pursuant to Pre-Trial Scheduling Order dated November 6, 2008.

## II. EXPERTS

10.-11. a) **Plaintiff's Expert Reports.** Plaintiff's expert reports shall be delivered to opposing counsel by November 26, 2010.

b) **Defendants; Expert Reports.** Defendants' responding expert reports shall be delivered by January 14, 2010.

c) **Plaintiff's Responding Reports.** Plaintiff's responding expert reports shall be delivered by February 7, 2010.

d) **Expert Depositions.** All expert depositions must be completed by February 28, 2010.

12. Remains the same pursuant to the Pre-Trial Scheduling Order dated November 6, 2008.

## III. FINAL PRETRIAL CONFERENCE

13-18   Remain the same pursuant to Pre-Trial Scheduling Order dated November 6, 2008.

## IV. MISCELLANEOUS

19. There will be a telephone status conference before the undersigned on

_____ at _____ am / pm . The conference shall be

initiated by _____, counsel for _____.

20-27   Remain the same pursuant to Pre-Trial Scheduling Order dated November 6, 2008.

28. **Plaintiff's Motion for Partial Summary Judgment**.

a) Plaintiff's motion for partial summary judgment shall be filed by November 5, 2010.

b) Defendants' opposition shall be filed by December 8, 2010.

c) Plaintiff's reply brief shall be filed by December 20, 2010.

29. **Settlement Conference.** A settlement conference in this matter is scheduled for December 3, 2010 at 1:30 p.m. All parties are instructed that they must have a representative in-person with settlement authority at the settlement conference.

                                            HON. ESTHER SALAS
                                            UNITED STATES MAGISTRATE JUDGE

Dated: