UNITED STATES DISTRCIT COURT
FOR THE DISTRICT OF NEW JERSEY
(NEWARK VICINAGE)

| | |
|---|---|
| JEAN MICHELE MECHIN<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>CARQUEST CORPORATION;<br>CARQUEST PRODUCTS, INC.;<br>TMC ENTERPRISES; VOLTEC<br>INDUSTRIES; TASCO; BWP<br>DISTRIBUTORS, INC.; and<br>ABC CORPORATIONS 1-10<br>(said names presently unknown<br>and fictitious),<br><br>　　　　Defendants. | CIVIL ACTION NO.: 07-5824(HAA)<br><br><br>**FINAL AMENDED PRE-TRIAL<br>SCHEDULING ORDER** |

　　　　THIS MATTER having come before the Court for a scheduled conference on **October 28, 2010**; and for good cause shown,

　　　　IT IS ON THIS _1st_ day of _November_, 2010

**ORDERED THAT:**

　　I.　　**DISCOVERY AND MOTION PRACTICE**

　　1.　　Fact Discovery Deadline:  Passed.

　　2.　　Motions to Add New Parties: Passed.

　　3.　　Motions to Amend Pleadings:  Passed.

　　4-9　　Remain the same pursuant to Pre-Trial Scheduling Order dated November 6, 2008.

## II. EXPERTS

10.-11. a) **Plaintiff's Expert Reports.** Plaintiff's expert reports shall be delivered to opposing counsel by November 26, 2010.

b) **Defendants; Expert Reports.** Defendants' responding expert reports shall be delivered by January 14, 2010.

c) **Plaintiff's Responding Reports.** Plaintiff's responding expert reports shall be delivered by February 7, 2010.

d) **Expert Depositions.** All expert depositions must be completed by February 28, 2010.

12. Remains the same pursuant to the Pre-Trial Scheduling Order dated November 6, 2008.

## III. FINAL PRETRIAL CONFERENCE

13-18 Remain the same pursuant to Pre-Trial Scheduling Order dated November 6, 2008.

## IV. MISCELLANEOUS

19. There will be a telephone status conference before the undersigned on November 24 at 9:30 (am)/~~pm~~. The conference shall be initiated by Ms. Stratis, counsel for TMC Enterprises and Tasco.

20-27 Remain the same pursuant to Pre-Trial Scheduling Order dated November 6, 2008.

28. **Plaintiff's Motion for Partial Summary Judgment.**

a) Plaintiff's motion for partial summary judgment shall be filed by November 5, 2010.

b) Defendants' opposition shall be filed by December 8, 2010.

c) Plaintiff's reply brief shall be filed by December 20, 2010.

29.   **Settlement Conference.**   A settlement conference in this matter is scheduled for <u>December 3, 2010 at 1:30 p.m.</u>   All parties are instructed that they must have a representative in-person with settlement authority at the settlement conference. One week prior to the conference, each party is to deliver to the Court a confidential letter, NOT to exceed 5 pages in total, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement.

_____
HON. ESTHER SALAS
UNITED STATES MAGISTRATE JUDGE

Dated: 11/3/10

3