

CHRISTOPHER VICECONTE
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4501 Fax: (973) 639-6265
cviceconte@gibbonslaw.com

November 23, 2010

**By Facsimile - (973) 645-2469**

The Honorable Esther Salas, U.S.M.J.
U.S. District Court for the District of New Jersey
MLK, Jr. Federal Building and U.S. Courthouse - Court Room 2D
50 Walnut Street
Newark, New Jersey 07101

    Re:  Mechin v. Carquest Corporation, et al.
          Civil Action No. 07-5824

Dear Judge Salas:

    As discussed with Your Honor's chambers this afternoon, I am writing on behalf of non-party Bridgestone Retail Operations, LLC ("BSRO") to request permission to have its workers' compensation counsel, Gregory C. DiCarlo, Esq., and a company representative present at the Settlement Conference before Your Honor on December 3, 2010 at 1:30 p.m. As Your Honor will recall, BSRO was plaintiff's employer at the time of the underlying accident, and it wishes to be represented at the Conference with respect to the enforcement of its workers' compensation lien.

    It is my understanding that the parties have been advised of the amount of the workers' compensation lien on a periodic basis and the updated lien amount will be provided by Mr. DiCarlo to the parties in advance of the December 3rd Conference. If Your Honor would like to be copied on Mr. DiCarlo's correspondence regarding the updated lien amount, he will do so.

    Mr. DiCarlo or I will contact Your Honor's chambers early next week as to the status of this request. In the meantime, we thank you for Your Honor's attention to this matter.

Respectfully submitted,

Christopher Viceconte

cc:  Matthew R. Mendelsohn, Esq. (by e-mail)
     Jennifer L. Stratis, Esq. (by e-mail)
     Scott L. Haworth, Esq. (by e-mail)
     John H. Maucher, Esq. (by e-mail)
     Gregory C. DiCarlo, Esq. (by e-mail)

*[Handwritten annotation:]* BSRO is to submit a confidential letter, not to exceed 5 pages in total, summarizing the relevant facts, the respective legal position and the client's position on settlement, NO LATER than November 30, 2010.

*So Ordered,*
Esther Salas, USMJ
11/24/10