UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(NEWARK VICINAGE)

| | |
|---|---|
| JEAN MICHEL MECHIN, | : |
| Plaintiff, | : CIVIL ACTION NO.: 07-5824(SDW/ES) |
| vs. | : |
| CARQUEST CORPORATION; CARQUEST PRODUCTS, INC.; TMC ENTERPRISES; VOLTEC INDUSTRIES; TASCO; BWP DISTRIBUTORS, INC.; and ABC CORPORATIONS 1-10 (said names presently unknown and fictitious), | : **CERTIFICATE OF SERVICE** |
| Defendants. | : |

I certify that on the date set forth below, I filed and served via ECF, the following documents: (1) Reply Brief in Further Support of Motion for Summary Judgment; (2) Certification of Counsel; and (3) Certification of Service on:

    Clerk of the Court
    United States District Court
    for the District of New Jersey
    Martin Luther King, Jr. Federal Building
    50 Walnut Street
    Newark, New Jersey  07102

    Counsel on Attached Service List

One courtesy copy of same was also served via Lawyers Service on:

    Honorable Susan D. Wigenton, U.S.D.J.
    United States District Court
    Martin Luther King, Jr. Federal Building
    50 Walnut Street
    Newark, New Jersey 07102

Honorable Esther Salas, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
MATTHEW R. MENDELSOHN

**SERVICE LIST**
**MECHIN VS. CARQUEST, ET AL.**

John H. Maucher, Esq.
**MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP**
2070 Springdale Rd., Suite 400
Cherry Hill, NJ 08003
phone (856) 616-0700
fax (856) 616-0776
jmaucher@defensecounsel.com
*Attorneys for Defendants, BWP Distributors, Inc.,*
*Carquest Corp., and Carquest Products, Inc.*

Scott L. Haworth
**HAWORTH COLEMAN & GERSTMAN, LLC**
45 Broadway, 21st Floor
New York, NY  10006
212.952.1101 *direct*
212.952.1100 *phone*
212.952.1110 *fax*
scott.haworth@hcandglaw.com
*Attorneys for Defendant, Voltec*

John D. Shea, Esq.
**LITCHFIELD CAVO, LLP**
1800 Chapel Avenue West
Suite 360
Cherry Hill, New Jersey  08002
856-854-3636
856-751-1230 – fax
shea@litchfieldcavo.com
*Attorneys for Defendants, Tasco and TMC Enterprises*