# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
### (NEWARK VICINAGE)

|  |  |
|---|---|
| JEAN MICHEL MECHIN, | : |
|  | : CIVIL ACTION NO.: 07-5824(SDW/ES) |
| Plaintiff, | : |
|  | : |
| vs. | : |
|  | : |
| CARQUEST CORPORATION; CARQUEST PRODUCTS, INC.; TMC ENTERPRISES; VOLTEC INDUSTRIES; TASCO; BWP DISTRIBUTORS, INC.; and ABC CORPORATIONS 1-10 (said names presently unknown and fictitious), | : **CERTIFICATE OF SERVICE** |
|  | : |
| Defendants. | : |

I certify that on the date set forth below, I filed and served via ECF, the following documents: (1) Reply Brief in Further Support of Motion for Summary Judgment; (2) Certification of Counsel; and (3) Certification of Service on:

> Clerk of the Court
> United States District Court
> for the District of New Jersey
> Martin Luther King, Jr. Federal Building
> 50 Walnut Street
> Newark, New Jersey  07102

> Counsel on Attached Service List

One courtesy copy of same was also served via Lawyers Service on:

> Honorable Susan D. Wigenton, U.S.D.J.
> United States District Court
> Martin Luther King, Jr. Federal Building
> 50 Walnut Street
> Newark, New Jersey 07102

Honorable Esther Salas, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102


    I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                            MATTHEW R. MENDELSOHN

**SERVICE LIST**
**MECHIN VS. CARQUEST, ET AL.**

John H. Maucher, Esq.
**MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP**
2070 Springdale Rd., Suite 400
Cherry Hill, NJ 08003
phone (856) 616-0700
fax (856) 616-0776
jmaucher@defensecounsel.com
*Attorneys for Defendants, BWP Distributors, Inc.,*
*Carquest Corp., and Carquest Products, Inc.*

Scott L. Haworth
**HAWORTH COLEMAN & GERSTMAN, LLC**
45 Broadway, 21st Floor
New York, NY  10006
212.952.1101 *direct*
212.952.1100 *phone*
212.952.1110 *fax*
scott.haworth@hcandglaw.com
*Attorneys for Defendant, Voltec*

John D. Shea, Esq.
**LITCHFIELD CAVO, LLP**
1800 Chapel Avenue West
Suite 360
Cherry Hill, New Jersey  08002
856-854-3636
856-751-1230 – fax
shea@litchfieldcavo.com
*Attorneys for Defendants, Tasco and TMC Enterprises*