## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2037**<br>**NEWARK, NJ 07101**<br>**973-297-4887** |

January 4, 2011

### LETTER ORDER

Re:   **Mechin v. Carquest Corp., et al.**
      **Civil Action No. 07-5824 (SDW)**

Dear Counsel:

On December 3, 2010, the Court convened an in-person settlement conference and denied the Defendants' joint request to file dispositive motions after the conclusion of expert discovery. The Court is in receipt of Defendants Tasco and TMC Enterprises's letter on behalf of all parties dated December 16, 2010 (the "Joint Request"). The Joint Request ask the Court to: (1) extend the deadline for completing expert depositions from February 28 to March 25, 2011; (2) extend Defendants' deadline for filing motions for summary judgment from January 14, 2011 to the "end of March 2011;" and (3) set a schedule for the filing of *Daubert* Motions "at the end of March 2011." ("Request(s) 1, 2 and 3 "). The Court hereby DENIES Request 1, and hereby GRANTS in-part and DENIES in-part Requests 2 and 3.  Accordingly:

1. Defendants' opposition to Plaintiffs' Motion for Summary Judgment must be filed no later than December 8, 2010;

2. Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Summary Judgment must be filed no later than December 20, 2010;

3. All parties shall participate in mediation before retired Judge Daniel P. Mecca on January 5, 2011, and the parties must submit a joint letter to the Court detailing the result of the mediation no later than January 6, 2011;

4. Defendants' expert reports must be served no later than January 14, 2011;

5. Plaintiff's rebuttal expert reports must be served no later than February 7, 2011;

6. All expert depositions must be completed no later than February 28, 2011;

7. Defendants' motions for summary judgment must filed no later than March 15, 2011;

8. Plaintiff's opposition to Defendants' motions for summary judgment must be filed no later than April 5, 2011;

9. Defendants' replies to Plaintiff's opposition to Defendants' motions for summary judgement must be filed no later than April 12, 2011; and

10. Opening *Daubert* motions must be filed no later than March 8, 2011; opposition briefs to opening *Daubert* motions must be filed no later than March 22, 2011; and reply briefs for *Daubert* motions must be filed no later than March 29, 2011.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.M.J**