**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2037**<br>**NEWARK, NJ 07101**<br>**973-297-4887** |

January 20, 2011

**LETTER ORDER**

Re:   **Mechin v. Carquest Corp., et al.**
       **Civil Action No. 07-5824 (SDW)**

Dear Counsel:

The Court is in receipt of Plaintiff Jean Michael Mechin's ("Plaintiff") request dated January 19, 2011 (the "Request"), and Defendants Tasco and TMC Enterprises' opposition to the Request dated January 20, 2011. The Request seeks the Court's permission to allow Plaintiff to withdraw their pending motion for summary judgment and allow Plaintiff to re-file their motion for summary judgment on March 15, 2011. Plaintiff's Request is hereby DENIED.

**SO ORDERED.**

                                                            *s/Esther Salas*
                                                            **Esther Salas, U.S.M.J**