UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(NEWARK VICINAGE)

---------------------------------------------------------------x
JEAN MICHAEL MECHIN,

            Plaintiffs,

   -against-

CARQUEST CORPORATION; CARQUEST
PRODUCTS, INC.; TMC ENTERPRISES;
VOLTEC INDUSTRIES; TASCO; BWP
DISTRIBUTORS, INC.; and ABC
CORPORATIONS 1-10 (said names presently
unknown and fictitious),

            Defendants.

Civil Action No.: 07-5824
(SDW)(ES)

**CERTIFICATION OF SCOTT HAWORTH IN SUPPORT OF DEFENDANTS' MOTION TO PRECLUDE THE TESTIMONY OF PLAINTIFF'S EXPERTS ROBERT MALANGA, P.E., SAM GLUCKSBERG, PH.D., AND JOHN TOBIAS, PH.D., P.E.**

---------------------------------------------------------------x

    Scott Haworth, under penalty of perjury, affirms as follows:

    1.    I am an attorney at law, duly licensed to practice in the State of New Jersey, and a Member of Haworth Coleman & Gerstman, LLC, attorneys for defendant, Voltec Industries, LLC ("Voltec"). I am fully familiar with all matters set forth herein.

    2.    This Certification is submitted in support of defendants, Tasco, TMC Enterprises, Voltec Industries, LLC, Carquest Corporation, Carquest Products, Inc. and BWP Distributors, Inc.'s, joint motion to preclude the testimony of plaintiff's

experts Robert Malanga, P.E., Sam Glucksberg, Ph.D., and John Tobias, Ph.D., P.E.

3. Defendants respectfully refer the Court to the arguments set forth in defendants' Brief in Support.

4. In support of defendants' motion to preclude plaintiff's experts from testifying at trial, defendants rely on the following exhibits:

- **Exhibit A** – Report of Robert Malanga, P.E., dated November 23, 2010;
- **Exhibit B** – Affidavit of Donald Hoffmann, Ph.D., P.E., C.F.I.;
- **Exhibit C** – Deposition Transcript of Robert Malanga, P.E.;
- **Exhibit D** – Deposition Transcript of Donald Hoffmann, Ph.D., P.E., C.F.I.;
- **Exhibit E** – Report of John Tobias, Ph.D., P.E. dated November 23, 2010;
- **Exhibit F** – Report of John Tobias, Ph.D., P.E. dated January 31, 2011;
- **Exhibit G** – Deposition Transcript of John Tobias, Ph.D., P.E.;
- **Exhibit H** – Report of Sam Glucksberg, Ph.D.;
- **Exhibit I** – Deposition Transcript of Sam Glucksberg, Ph.D.;
- **Exhibit J** – Curriculum Vitae of Sam Glucksberg, Ph.D.

5. Based on the arguments set forth in defendants' Brief in Support and the accompanying exhibits, defendants' motion to preclude the testimony at trial of

plaintiff's experts Robert Malanga, P.E., John Tobias, Ph.D., P.E., and Sam Glucksberg, Ph.D., should be granted in its entirety.

Dated: March 15, 2011

*[signature]*

Scott Haworth (SH 5890)
Barry L. Gerstman (BG 3691)
HAWORTH COLEMAN & GERSTMAN, LLC
45 Broadway, 21st Floor
New York, New York 10006
Telephone: (212) 952-1100
Attorneys for Defendant Voltec Industries, LLC

*/s/ John Maucher*
John Maucher (JM 7892)
MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP
2070 Springdale Rd., Suite 400
Cherry Hill, NJ 08003
Telephone: (856) 616-0700
Attorneys for Defendants Carquest Corp., Carquest Products, Inc. and BWP Distributors, Inc.

*/s/ Nicole Strauss-Russo*
Nicole Strauss-Russo (NLS 1931)
LITCHFIELD CAVO LLP
*An Illinois Limited Liability Partnership*
1800 Chapel Avenue West, Suite 360
Cherry Hill, New Jersey 08002
Telephone: (856) 854-3636
Attorneys for Defendants, Tasco and TMC Enterprises