IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK, NEW JERSEY

| | |
|---|---|
| JEAN MICHAEL MECHIN<br><br>vs.<br><br>CARQUEST CORPORATION; CARQUEST PRODUCTS, INC.; TMC ENTERPRISES; VOLTEC INDUSTRIES; TASCO; BWP DISTRIBUTORS, INC.; and ABC CORPORATIONS 1-10 (said names being unknown and fictitious) | CIVIL ACTION<br><br>NO. 2:07-cv-05824-GEB-ES<br><br>**ORDER** |

THIS MATTER having been brought before the Court upon the Motion by Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, attorneys for defendants, BWP Distributors, Inc., Carquest Corporation and Carquest Products, Inc., in this action, seeking summary judgment pursuant to Fed. R. Civ. P. 56, and the Court having considered the papers as well as any opposition, and for good cause shown;

IT IS on this _____ day of _____, 2011,

ORDERED THAT summary judgment is granted in favor of BWP Distributors, Inc., Carquest Corporation and Carquest Products, Inc., and plaintiff's complaint is dismissed with prejudice.

_____
Hon. Susan D. Wigenton, U. S. D. J.

_____ Opposed

_____ Unopposed