**MINTZER SAROWITZ ZERIS LEDVA & MEYERS, LLP**
JOHN H. MAUCHER, ESQUIRE
2070 Springdale Road, Suite 400
Cherry Hill, NJ 08003
856.616.0700
File No. 005355.0003
Attorney for Defendants, BWP Distributors, Inc., Carquest Corporation and Carquest Products, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK, NEW JERSEY

| | |
|---|---|
| JEAN MICHAEL MECHIN<br>vs.<br>CARQUEST CORPORATION;<br>CARQUEST PRODUCTS, INC.; TMC ENTERPRISES; VOLTEC INDUSTRIES; TASCO; BWP DISTRIBUTORS, INC.; and ABC CORPORATIONS 1-10 (said names being unknown and fictitious) | CIVIL ACTION<br><br>NO. 2:07-cv-05824-GEB-ES<br><br>**CERTIFICATION OF JOHN H. MAUCHER, ESQUIRE IN SUPPORT OF DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS PURSUANT TO LOCAL R.56.1** |

I, JOHN H. MAUCHER, ESQUIRE, of full age, being duly sworn according to law, certify as follows:

1. I am an Attorney-At-Law of the State of New Jersey, of the law firm of Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, attorneys for defendants, BWP Distributors, Inc., Carquest Corporation and Carquest Products, Inc. ("CPI"), and am entrusted with the handling of the above-captioned matter.

2. Attached hereto as Defendants' Exhibits "A" through "U" are true and complete copies of the relevant documents supporting defendants motion.

I hereby certify that the above statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 15, 2011

JOHN H. MAUCHER, ESQUIRE (JM 7892)