IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK, NEW JERSEY

| | |
|---|---|
| JEAN MICHAEL MECHIN<br>vs.<br>CARQUEST CORPORATION;<br>CARQUEST PRODUCTS, INC.; TMC<br>ENTERPRISES; VOLTEC INDUSTRIES;<br>TASCO; BWP DISTRIBUTORS, INC.; and<br>ABC CORPORATIONS 1-10 (said names<br>being unknown and fictitious) | CIVIL ACTION<br><br>NO. 2:07-cv-05824-GEB-ES<br><br>**CERTIFICATION OF SERVICE BY**<br>**JOHN H. MAUCHER, ESQUIRE** |

I, JOHN H. MAUCHER, ESQUIRE, of full age, being duly sworn according to law, certify as follows:

I hereby certify that the original Motion for Summary Judgment, with Exhibits, was electronically filed with the U. S. District Court on March 15, 2011 and sent to all counsel of record by First Class Mail, Postage Prepaid, on March 15, 2011 as follows:

David A. Mazie, Esquire
Mazie, Slater, Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, NJ 07068

John D. Shea, Esquire
Litchfield Cavo, LLP
1800 Chapel Avenue, Suite 360
Cherry Hill, NJ 08002

Scott L. Haworth, Esquire
HAWORTH COLEMAN & CERSTMAN, LLC
45 Broadway, 21ST Floor
New York, NY 10006

*/s/ John H. Maucher*
JOHN H. MAUCHER, ESQUIRE (JM 7892)