IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK, NEW JERSEY

| | |
|---|---|
| JEAN MICHAEL MECHIN<br><br>vs.<br><br>CARQUEST CORPORATION;<br>CARQUEST PRODUCTS, INC.; TMC<br>ENTERPRISES; VOLTEC INDUSTRIES;<br>TASCO; BWP DISTRIBUTORS, INC.; and<br>ABC CORPORATIONS 1-10 (said names<br>being unknown and fictitious) | CIVIL ACTION<br><br>NO. 2:07-cv-05824-GEB-ES<br><br><br>NOTICE OF DEFENDANTS'<br>MOTION FOR SUMMARY JUDGMENT |

PLEASE TAKE NOTICE that the defendants' counsel will make the following motion before Judge Wigenton at the New Jersey District Court located in Trenton, New Jersey on April 18, 2011, for the following relief:

1. For an ORDER that summary judgment is granted in favor of BWP Distributors, Inc., Carquest Corporation and Carquest Products, Inc., and that plaintiff's complaint is dismissed with prejudice.

DATED:     March 17, 2011

MINTZER, SAROWITZ, ZERIS, LEDVA
& MEYERS, LLP

BY: _____
JOHN H. MAUCHER, ESQUIRE   (JM 7892)
Attorney for Defendants, BWP, Distributors, Inc.,
Carquest Corporation and Carquest Products, Inc.
2070 Springdale Road, Suite 400
Cherry Hill, New Jersey 08003
(856) 616-0700
**MSZL&M File No. 5355.0003**