**LITCHFIELD CAVO LLP**
*An Illinois Limited Liability Partnership*
1800 Chapel Avenue West, Suite 360
Cherry Hill, New Jersey 08002
(856)-854-3636
By: John D. Shea, Esquire
By: Nicole Strauss-Russo, Esquire
Attorneys for Defendants Tasco and TMC Enterprises

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEAN MICHAEL MECHIN,<br><br>   Plaintiff,<br><br>vs.<br><br>CARQUEST CORPORATION, CARQUEST PRODUCTS, INC.; TMC ENTERPRISES; VOLTEC INDUSTRIES; TASCO; BWP DISTRIBUTORS, INC.; and ABC CORPORATIONS 1-10 (said names presently unknown and factitious),<br><br>   Defendants, | **CIVIL ACTION NO.: 2:2007cv05824 (SDW)(ES))**<br><br>**ENTRY OF APPEARANCE** |

**TO THE CLERK:**

  Kindly enter the appearance of Nicole Strauss-Russo, Esquire as co-counsel with John D. Shea, Esquire on behalf of Defendants Tasco and TMC Enterprises.

               Respectfully submitted,

               **LITCHFIELD CAVO LLP**
               *An Illinois Limited Liability Partnership*

               BY: _____
                Nicole Strauss-Russo, Esquire
                John D. Shea, Esquire

Dated: March 17, 2011

**CERTIFICATION OF FILING**

I, Nicole Strauss-Russo, Esquire, do hereby certify that the Entry of Appearance of Nicole Strauss-Russo, Esquire as co-counsel for Tasco and TMC Enterprises was filed with the United States District Court, District of New Jersey, Newark Division by ECF on March 17, 2011 with all counsel of record to be served electronically.

_____
Nicole Strauss-Russo, Esquire

Date: March 17, 2011