**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2037**<br>**NEWARK, NJ 07101**<br>**973-297-4887** |

March 29, 2011

**LETTER ORDER**

Re:  **Mechin v. Carquest Corp., et al.**
     **Civil Action No. 07-5824 (GEB)**

Dear Counsel:

The Court is in receipt of the parties' recent correspondence related to Plaintiff's contemplated motion for sanctions. (Docket Entry Nos. 116, 117, and 118). Plaintiff's request to file a formal motion for sanctions is DENIED. Plaintiff, however, is permitted to file an INFORMAL motion for sanctions, which will be presented to the Undersigned. As such, please be advised of the following briefing schedule:

(1) Plaintiff shall file the contemplated motion for sanctions via informal letter brief, not to exceed five pages in length, no later than April 1, 2011;

(2) Defendants may file a letter brief in opposition to the motion for sanctions, not to exceed five pages in length, no later than April 8, 2011; and

(3) Plaintiff may file a reply letter brief, not to exceed three pages in length, no later than the close of business on April 12, 2011.

Please mark your calendars accordingly.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.M.J**