UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(NEWARK VICINAGE)

| | |
|---|---|
| JEAN MICHAEL MECHIN<br>vs.<br>CARQUEST CORPORATION;<br>CARQUEST PRODUCTS, INC.; TMC<br>ENTERPRISES; VOLTEC INDUSTRIES;<br>TASCO; BWP DISTRIBUTORS, INC.; and<br>ABC CORPORATIONS 1-10 (said names<br>being unknown and fictitious) | CIVIL ACTION<br><br>NO. 2:07-cv-05824-GEB-ES<br><br>**CERTIFICATION IN SUPPORT OF<br>DEFENDANTS' LETTER BRIEF IN<br>REQUEST FOR RULE 11 SANCTIONS** |

I, JOHN H. MAUCHER, ESQUIRE, of full age, being duly sworn according to law, certify as follows:

1. I am an Attorney-At-Law of the State of New Jersey, of the law firm of Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, attorneys for defendants, BWP Distributors, Inc., Carquest Corporation and Carquest Products, Inc., and am entrusted with the handling of the above-captioned matter.

2. Attached hereto as Exhibit A is a copy of the Miller deposition at pgs. 28, 35, 36, 39, 40, 43, 45, 53, 54, 55, 71, 72, 73, 74, 75.

3. Attached hereto as Exhibit B is the TMC Enterprises website.

4. Attached hereto as Exhibit C is the Herscbach deposition at pgs. 44, 45, 67.

5. Attached hereto as Exhibit D is a copy of the UL application Bates Stamped UL 00582.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*/s/ John H. Maucher*
JOHN H. MAUCHER, ESQUIRE (JM 7892)