UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(NEWARK VICINAGE)

| | |
|---|---|
| JEAN MICHAEL MECHIN<br>vs.<br>CARQUEST CORPORATION;<br>CARQUEST PRODUCTS, INC.; TMC<br>ENTERPRISES; VOLTEC INDUSTRIES;<br>TASCO; BWP DISTRIBUTORS, INC.; and<br>ABC CORPORATIONS 1-10 (said names<br>being unknown and fictitious) | CIVIL ACTION<br><br>NO. 2:07-cv-05824-GEB-ES<br><br><br>**CERTIFICATE OF SERVICE** |

I certify that on the date set forth below, I filed and served via ECF, the following documents: (1) Reply Brief in support of their motion for summary judgment; and (2) Certificate of Service on:

    Clerk of the Court
    United States District Court
    Martin Luther King, Jr. Courthouse Building
    50 Walnut Street
    Newark, NJ 07102

One courtesy copy of same served via U. S. Regular Mail on:

    Honorable Susan D. Wigenton, U.S.D.J.
    United States District Court
    Martin Luther King, Jr. Courthouse Building
    50 Walnut Street
    Newark, NJ 07102

One courtesy copy of same served via U. S. Regular Mail on:

    Honorable Esther Salas, U. S. M. J.
    United States District Court
    Martin Luther King, Jr. Courthouse Building
    50 Walnut Street
    Newark, NJ 07102

     I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 12, 2011

*/s/ John H. Maucher*
JOHN H. MAUCHER, ESQUIRE (JM 7892)