## CERTIFICATE OF SERVICE

      I, SCOTT HAWORTH, hereby certify and affirm that a true and correct copy of **DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION TO PRECLUDE THE TESTIMONY OF PLAINTIFF'S EXPERTS** was served via ECF on this 12th day of April, 2011, upon all counsel of record.

Dated:   New York, New York
            April 12, 2011

                                          _____
                                          SCOTT HAWORTH (SH 5890)