L-29
5/99

Page 1 of 2

CORRESPONDENCE FILE
FILE #: E208373

**UNDERWRITERS LABORATORIES INC.®**
**APPLICATION FOR INVESTIGATION, FOLLOW-UP SERVICE**
**AND**
**_X_ LISTING __ CLASSIFICATION __ RECOGNITION**

TO: UNDERWRITERS LABORATORIES INC.
1655 Scott Blvd
Santa Clara, CA 95050-4169
(408) 985-2400
FAX No. (408) 296-3256
Cable ULINC SANTA CLARA
http://www.ul.com

Return to Address Indicated

Please Do Not Write in Space Below
Applicant File No.: E
Project No.: 00SC03231       Dept. : 3015PSEL
CCN: SBCV
Accepted by :                Date:
Acknowledged by :

1. We, __TMC ELECTRICAL PRODUCTS (SHENZHEN CO LTD) BLDG 5, 3RD FL NANYOU 1ST INDUSTRY ZONE SHENZHEN, NANSHAN GUANGDONG 518054 CHINA__
(Company Name and Address)

(the "Applicant"), make application to Underwriters Laboratories Inc. ("UL") for Investigation, and Follow-Up Service for

__UL & C-UL LISTING FOR TMC RETRACTABLE REEL, LARGE METAL REEL__
(Product Name, Catalog Number, etc. to be entered)

This Application is to be executed below not later than APRIL 26, 2000
(Date)

2. Your letter dated January 26, 2000 from JOHN HERSCHBACH transmitting this application is incorporated herein by reference to the extent that it is not inconsistent with this Application or the Follow-Up Service Agreement.
3. We understand that you will perform, witness or evaluate all necessary examinations, tests, inspections, results, and/or data to determine compliance of the product with your requirements and eligibility for inclusion in UL's published records and for Follow-Up Service.
4. We desire that the information in your published records appear as follows:

__TMC ELECTRICAL PRODUCTS (SHENZHEN CO LTD)__
[Company Name, (the "Listee") to be used in UL's published records if Follow-Up Service is established]

__BLDG 5, 3RD FL, NANYOU 1ST INDUSTRY ZONE,__
__SHENZHEN, NANSHAN GUANGDONG 518054 CHINA__
(Company Address)

__REELS, CORD AND CABLE__
(UL's Product Category)

5. We desire that your Follow-Up Service be established in accordance with the Follow-Up Service Agreement and that use of your registered Mark or Marking on the product be authorized at the following place(s) of final manufacture or assembly:

__TMC ELECTRICAL PRODUCTS (SHENZHEN CO LTD)__
(Company Name (the "Manufacturer"))

__BLDG 5, 3RD FL, NANYOU 1ST INDUSTRY ZONE__
__SHENZHEN, NANSHAN GUANGDONG 518054 CHINA__
(Street and City Address of Factory)

RECEIVED

6. It is understood that the total charges under this Application shall consist of charges for engineering services plus advances and reimbursable expenses. A Preliminary Deposit of $7,800 accompanies this Application to be credited against the charges.

7. Charges are made for the engineering services devoted to the project by engineering, technical, and support personnel and shall not exceed the Cost Limit of $7,600, unless authorized in writing by the Applicant.

WE AGREE THAT THE CONDITIONS AND STIPULATIONS SET FORTH ON BOTH PAGES HEREOF ARE PART OF THIS APPLICATION.
If Executed by Agent for the Company,

Complete this line: __T.M.C. ENTERPRISES__
(Typed Name of Agent, Agent's Organization, and Address)

By: _[signature]_                                     Date: __02/04/00__    Applicant's P.O. No. :
(Signature of Prop., Partner, or Auth. Officer or Agent for the Co.)

__THOMAS MILLER__                                     Applicant's Rep.: __THOMAS MILLER__
(Typed Name of Individual Signing for Company)                              (Name of Applicant's Rep.)

Attach Preliminary Deposit Check Here

Applicant - Please Do Not Modify Application

Mechin
UL00582