

Homepage / Company Info / Office Locations / Services / Representative Info / Contact Us

- MEDICAL CABLES
- AC POWER CORDS
- DC POWER CORDS
- WIRE HARNESSES
- STRAIN RELIEFS



TMC Electrical Products (Shenzhen) Co., Ltd was established on 1997, it is branch of TMC Enterprises Group who is located at Los Angeles, USA. We have a factory building 108,000 Sq. ft (10,000 Sq. meter) and 6 floors. We are professional to manufacture medical cables, computer cords, data cords, power cords, OEM customer cords and all kinds of work lightings and cord reels.

TMC Electrical Products (Shenzhen) Co., Ltd. Is ISO9001 certificated since 2002. Now is working on the process for ISO13485 certification. All our AC power products have UL and CUL American Safety standard certificated and CSA Canada Safety Standard certificated. Also our factory is a 6 S management system.

After over 10 years' accumulation and development, our company has grown strongly step by step under the efforts of all our staffs. In current, we have 300 workers, and working ability with 2 sets of cable production lines, 16 standing molding machines lines, 4 big horizontal molding machines and well-appointed testing lab. We have enough production ability and inspection ability for the mass production. From the middle of 2007, we also built up 1700 Sq. meter clean workshop for medical cable production. Now, we have extra four production lines to run the medical cable molding and assembling. Our company has ten years' professional experience of manufacture of the disposable oximeter pulse cables for a biggest account in the world since 1997.

TMC Electrical Products (Shenzhen) Co., Ltd has following advantage:
On Specification, on Time, on Budget.
Fast quotation, cost aggressive;
High and advanced production capabilities;
Technical and Professional support;
ISO/UL certificated facilities.
We are your one stop choice for medical cables and OEM assembly cables.





Copyright © 2008-2010 TMC Electrical Products (Shenzhen) Co., Ltd
CN22




Homepage / Company Info / Office Locations / Services / Representative Info / Contact Us

### China Office

TMC Enterprises China
Room 1508, 15/F., Xinhua Insurance Building
No #171, Mintian Road, Futian District
Shenzhen, Guangdong, China (P.R.C.), 518048
Phone: 86-755-88313811 (88313812) (88313813)
Fax: 86-755-88313831

Copyright ©
2008-2010
TMC Electrical
Products
(Shenzhen)
Co., Ltd

### Factory

TMC Electrical Products (Shenzhen) Co., LTD.
No.8 Bldg., 3rd Nangang Industrial Park,
Part B, Tangtou Industrial Zone, Shiyan Town,
BaoAn District, Shenzhen, Guangdong, China (P.R.C.)

### Headquarters

TMC Enterprises - USA
13885 Ramona Avenue
Chino, California 91710
Phone: 888-871-7224 (toll free in the US)
Phone: 909-396-6139
Fax: 909-396-6159