## CERTIFICATE OF SERVICE

    I, SCOTT HAWORTH, hereby certify and affirm that a true and correct copy of **DEFENDANT VOLTEC INDUSTRIES, LLC'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND THE CERTIFICATION OF SCOTT HAWORTH AND ACCOMPANYING EXHIBITS** were served via ECF on this 12th day of April, 2011, upon all counsel of record.

Dated:   New York, New York
           April 12, 2011

                                              _____
                                              SCOTT HAWORTH (SH 5890)