## MAZIE SLATER KATZ & FREEMAN, LLC

COUNSELLORS AT LAW

103 Eisenhower Parkway
Roseland, NJ 07068
(973) 228-9898
Fax (973) 228-0303
www.mskf.net

David A. Mazie*†
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman

* Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

† Certified as a Civil Trial Specialist by the National Board of Trial Advocacy

Writer's Direct Dial: 973-228-9911

Counsel
Beth G. Baldinger°

Jennifer D. Pawlak°
Matthew R. Mendelsohn°
John D. Gagnon
Karen G. Kelsen°
Cheryll A. Calderon
Andrew S. Riso°

° Member of N.J. & N.Y. Bars

April 19, 2011

*VIA ECF*

Honorable Susan D. Wigenton, U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

Honorable Esther Salas, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

Re:  Mechin vs. Carquest Corporation, et al.
     Civil Action No.: 07-5824

Dear Judges Wigenton and Salas:

I am writing to advise the Court that plaintiff has settled all claims with defendant, Voltec Industries. Please withdraw plaintiff's motion for summary judgment and Rule 11 motion as to Voltec Industries only. The summary judgment motions we filed against Carquest Corporation, Carquest Products, Inc., TMC Enterprises, TASCO and BWP Distributors, Inc. remain pending before the Court.

In addition, Voltec Industries was the only party which named Donald Hoffmann, Jane Welch and Bruce Gambardella as experts in this matter. Accordingly, through this settlement, these experts are no longer rendering any opinions in this case, and therefore plaintiff's Daubert motion concerning these three experts is hereby withdrawn. Our Daubert motion remains as to defense experts Les Winter and Alfonso Ibarreta.

Honorable Susan D. Wigenton, U.S.D.J.
Honorable Ester Salas, U.S.M.J.
April 19, 2011
Page 2

    Finally, due to the settlement, Voltec's motion for summary judgment and <u>Daubert</u> motion should be deemed withdrawn.

Respectfully submitted,

DAVID A. MAZIE

DAM/dmc
cc:   John H. Maucher, Esq.
       Scott L. Haworth
       John D. Shea, Esq.

(H:\DAM\Mechin\Salas ltr. re Voltec settlement 04-18-11)