

45 Broadway, 21st Floor, New York, NY 10006
212.952.1100 • Fax: 212.952.1110
www.hcandglaw.com

*Scott Haworth*
*Direct: 212.952.1101*
*scott.haworth@hcandglaw.com*

April 19, 2011

*Via ECF*

Honorable Susan D. Wigenton, U.S.D.J.
United States District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

**Re: *Mechin v. Carquest, et al.***
    Docket No.: 07-5824 (SDW)(ES)

Dear Judge Wigenton:

    I write to advise Your Honor that my client, Voltec Industries, LLC has settled this matter with the plaintiff. As such, Voltec's motion for summary judgment is hereby withdrawn.

    Thank you very much.

                      Very truly yours,

                      Scott Haworth
                      Haworth Coleman & Gerstman, LLC

cc:

David Mazie
Matthew R. Mendelsohn
Mazie Slater Katz & Freeman LLC
103 Eisenhower Parkway, 2nd Floor
Roseland, New Jersey 07068

Honorable Susan D. Wigenton, U.S.D.J.
April 19, 2011
Page 2

John Shea
Litchfield Cavo, LLP
1800 Chapel Avenue West
Suite 360
Cherry Hill, New Jersey 08002

John H. Maucher
Mintzer Sarowitz Zeris Ledva & Meyers LLP
2070 Springdale Road, Suite 400
Cherry Hill, New Jersey 08003