MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway
Roseland, New Jersey 07068
973-228-9898
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(NEWARK VICINAGE)

| | |
|---|---|
| JEAN MICHEL MECHIN<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CARQUEST CORPORATION;<br>CARQUEST PRODUCTS, INC.;<br>TMC ENTERPRISES; VOLTEC<br>INDUSTRIES; TASCO; BWP<br>DISTRIBUTORS, INC.; and<br>ABC CORPORATIONS 1-10<br>(said names presently unknown<br>and fictitious),<br><br>　　　　Defendants. | CIVIL ACTION NO.: 07-5824(SDW/ES)<br><br><br><br>STIPULATION OF DISMISSAL<br>AS TO DEFENDANT VOLTEC<br>INDUSTRIES <u>ONLY</u> |

The matter in difference in the above entitled action having been adjusted by and between plaintiff and **Voltec Industries** it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs.

MAZIE, SLATER, KATZ & FREEMAN　　　HAWORTH COLEMAN & GERTSMAN
Attorneys for Plaintiff　　　　　　　　　　　　Attorneys for Defendant, Voltec Industries

BY: _____　　　　　BY: _____
　　　MATTHEW R. MENDELSOHN　　　　　　　SCOTT L. HAWORTH

Dated: April 20, 2011　　　　　　　　　　　　Dated: April 30, 2011

{H:\DAM\Mechin\Stip. of Dismissal - Voltec 04-20-11}

So Ordered
this 9th day of May 2011

_____
Susan D. Wigenton, U.S.D.J.