

**Mintzer Sarowitz Zeris Ledva & Meyers LLP**

ATTORNEYS AT LAW

2070 Springdale Road, Suite 400
Cherry Hill, NJ 08003
Tel: 856.616.0700
Fax: 856.616.0776
www.defensecounsel.com

E-mail: jmaucher@defensecounsel.com

File No. 005355.000003

Centre Square, West Tower
1500 Market Street
Suite 4100
Philadelphia, PA 19102
Tel: 215.735.7200

2070 Springdale Road
Suite 400
Cherry Hill, NJ 08003
Tel: 856.616.0700

39 Broadway
Suite 950
New York, NY 10006
Tel: 212.968.8300

17 West John Street
Suite 200
Hicksville, NY 11801
Tel: 516.939.9200

1000 N.W. 57th Court
Suite 300
Miami, FL 33126
Tel: 305.774.9966

625 Liberty Avenue
Suite 390
Pittsburgh, PA 15222
Tel: 412.928.0502

1220 North Market Street
Suite 300
Wilmington, DE 19801
Tel: 302.655.2181

53 Washington Avenue
Wheeling, WV 26003
Tel: 304.230.1115

8166 Woodland Center
Boulevard
Tampa, FL 33614
Tel: 813.885.5220

May 6, 2011

<u>Via Fax (973) 645-2469 and Regular Mail</u>
Honorable Susan D. Wigenton
United States District Court, Room 5060
Martin Luther King, Jr. Courthouse Building
50 Walnut Street
Newark, NJ 07102

RE: **MECHIN v. CARQUEST CORPORATION; et al.**
Civil Action No.2:07-cv-05824-SDW-ES

Dear Judge Salas:

As the Court is aware, we represent the Carquest defendants which is comprised of Carquest Corporation, Carquest Products, Inc., and BWP Distributors, Inc., with regard to the above matter.

It recently came to our attention that Voltec Industries settled their case with the plaintiff and that an Order was entered dismissing Voltec from the litigation. However, we must point out to the Court that the Carquest defendants have cross claims for contractual and common law indemnification, as well as cross claims for contribution pending against Voltec. Additionally, co-defendant TMC/TASCO also has cross claims against Voltec. We would ask Your Honor to issue an Order clarifying that any and all cross claims against Voltec have not been dismissed and are still viable in this litigation.

We thank you for your anticipated cooperation.

Respectfully submitted,

JOHN H. MAUCHER

JHM/mm
cc: Honorable Esther Salas
David Mazie, Esquire
Matthew Mendelsohn, Esquire
John D. Shea, Esquire
Scott Haworth, Esquire

1142263