

45 Broadway, 21st Floor, New York, NY 10006
212.952.1100 • Fax: 212.952.1110
www.hcandglaw.com

*Scott Haworth*
*Direct: 212.952.1101*
*scott.haworth@hcandglaw.com*

May 13, 2011

<u>*Via ECF*</u>

Honorable Magistrate Judge Esther Salas
United States District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

**Re: *Mechin v. Carquest, et al.***
   Docket No.: 07-5824 (SDW)(ES)
   Our File No.: 571-1003

Dear Judge Salas:

    I represent defendant Voltec Industries, LLC. I write with respect to the settlement conference scheduled for May 24, 2011.

    As this Court is aware, plaintiff settled his case with Voltec and a Stipulation of Dismissal with Prejudice as to plaintiff's claims against Voltec was So Ordered by this Court on May 10, 2011. Unless your Honor directs otherwise, we assume we need not submit a settlement conference statement or attend the May 24 settlement conference.

    Thank you very much for your time in connection with this matter.

                                     Respectfully Submitted,

                                     Scott Haworth
                                     Haworth Coleman & Gerstman, LLC

SLH/blg

Mechin v. Carquest, et al.
May 13, 2011
Page 2

cc:  *Via ECF*

David Mazie
Matthew Mendelsohn
Mazie Slater Katz & Freeman LLC
103 Eisenhower Parkway
2nd Floor
Roseland, New Jersey 07068

Jennifer L. Stratis
Lithcfield Cavo, LLP
1800 Chapel Avenue West
Suite 360
Cherry Hill, NJ 08002

John H. Maucher
Mintzer Sarowitz Zeris Ledva & Meyers LLP
2070 Springdale Road, Suite 400
Cherry Hill, New Jersey 08003