**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-9898
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**
(NEWARK VICINAGE)

| | |
|---|---|
| JEAN MICHEL MECHIN | : |
|     Plaintiff, | : CIVIL ACTION NO.: 07-5824(SDW/ES) |
| vs. | : |
| CARQUEST CORPORATION;<br>CARQUEST PRODUCTS, INC.;<br>TMC ENTERPRISES; VOLTEC<br>INDUSTRIES; TASCO; BWP<br>DISTRIBUTORS, INC.; and<br>ABC CORPORATIONS 1-10<br>(said names presently unknown<br>and fictitious), | : **CERTIFICATION OF<br>JEAN MICHEL MECHIN** |
|     Defendants. | : |

I, JEAN MICHEL MECHIN, of full age, hereby certifies as follows:

1.  I am the plaintiff in the above-captioned matter. All of the facts contained herein are based upon my own personal knowledge.

2.  Prior to filing this motion to set legal fees, my attorney, David A. Mazie, inquired as to whether I would object to a request that Mazie Slater Katz & Freeman receive an attorneys' fee of one-third of all net monies recovered for me in excess of $2 million. In that conversation, Mr. Mazie advised me that I did not have to consent to the request and that I could oppose it. I discussed the issue with Mr. Mazie and told him that I

was extremely pleased with the legal services rendered to me, and that I consent to the request that Mazie Slater receive one-third of all net monies recovered in excess of $2 million.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

JEAN MICHEL MECHIN

Dated: May 31, 2011

H:\DAM\Mechin\Cert - JM 5-31-11.doc