

45 Broadway, 21st Floor, New York, NY 10006
212.952.1100 • Fax: 212.952.1110
www.hcandglaw.com

*Scott Haworth*
*Direct: 212.952.1101*
*scott.haworth@hcandglaw.com*

June 14, 2011

*Via ECF*

Honorable Susan D. Wigenton, U.S.D.J.
United States District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

**Re: *Mechin v. Carquest, et al.***
    Docket No.: 07-5824 (SDW)(ES)

Dear Judge Wigenton:

I represent defendant Voltec Industries, LLC. I write in response to the Certification filed by David Mazie in support of his motion setting legal fees.

Voltec takes no position on plaintiff's motion. However, Voltec disputes Mr. Mazie's self-serving version at paragraphs 5-8 of his certification as to what compelled Voltec to settle the case. Specifically, Voltec disputes plaintiff's comments concerning the strength of his pending Daubert and summary judgment motions as well as what allegedly was shown via the testimony of the UL witnesses. Voltec also contests plaintiff's claim that the defense experts made any significant admissions vis a vis Voltec's liability. In my view, no liability was ever proven as to Voltec and Voltec's summary judgment motion based on the innocent seller doctrine, the lack of design defect evidence and other grounds had a strong chance of success. Voltec also believes that its Daubert motion would have resulted in the preclusion of one or all of plaintiff's experts or theories.

Respectfully Submitted,

Scott Haworth
Haworth Coleman & Gerstman, LLC

SLH/blg

Honorable Susan D. Wigenton, U.S.D.J.
June 14, 2011
Page 2

cc:

David Mazie, Esq.
Matthew R. Mendelsohn, Esq.
Mazie Slater Katz & Freeman LLC
103 Eisenhower Parkway, 2nd Floor
Roseland, New Jersey 07068

John Shea, Esq.
Litchfield Cavo, LLP
1800 Chapel Avenue West
Suite 360
Cherry Hill, New Jersey 08002

John H. Maucher, Esq.
Mintzer Sarowitz Zeris Ledva & Meyers LLP
2070 Springdale Road, Suite 400
Cherry Hill, New Jersey 08003