# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2037<br>NEWARK, NJ 07101<br>973-297-4887 |

June 14, 2011

## LETTER ORDER

**Re:    Mechin v. Carquest Corp., et al.**
**        Civil Action No. 07-5824 (SDW)**

Dear Counsel:

Please be advised of the following briefing schedule for the contemplated dispositive motions relating to the indemnification claims:

(1)     opening submissions shall be filed no later than July 15, 2011;

(2)     opposition to the opening submissions shall be filed no later than August 5, 2011; and

(3)     the Court will not accept reply briefs.

**SO ORDERED.**

_s/Esther Salas_
**Esther Salas, U.S.M.J.**