

**LITCHFIELD CAVO** LLP*
Attorneys at Law

WRITER'S ADDRESS:
1800 Chapel Avenue West
Suite 360
Cherry Hill, NJ 08002
(856) 382-2271
(856) 751-1230 Fax
Email: strauss-russo@litchfieldcavo.com

*An Illinois Limited Liability Partnership*

John D. Shea, New Jersey Managing Attorney

Nicole L. Strauss-Russo

August 2, 2011

**VIA ECF and First Class Mail**
The Honorable Susan D. Wigenton, United State District Judge
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

      Re:    **Mechin v. Carquest Corporation, et al.**
              **U.S.D.C., District of New Jersey, Civil Case No.: 07-5824 (SDW) (ES)**
              **Our File No.: 2494-45**

Dear Judge Wigenton:

      My office represents Defendants, Tasco and TMC Enterprises, in connection with the above referenced matter. Currently pending before Your Honor are the various Defendants' motions for summary judgment on indemnification issues. I am writing to request an adjournment of these motions pursuant to Local Rule 7.1. Rule 7.1(d)(5) states, in relevant part:

> "[t]he motion day of a dispositive motion may be adjourned once by a party opposing the motion, without the consent of the moving party, the Court, or the Clerk. To obtain the automatic extension a party must file with the Clerk, and serve upon all other parties, a letter invoking the provisions of this rule before the date on which opposition papers would otherwise be due under L.Civ.R.7.1(d)(2).
> . . . .

      The motions are currently returnable on August 15, 2011 with opposition papers due on August 5, 2011. Under R. 7.1, the new return date would be September 6, 2011. Opposition papers would be due August 22, 2011. All parties consent to the adjournment.

                                  Respectfully submitted,

                                    Nicole L. Strauss-Russo

NSR
cc:    Counsel of record (via ECF)

Chicago • Hartford • Boston • New York • New Jersey • Philadelphia • Houston • Los Angeles • Fort Lauderdale • Tampa • Wisconsin

www.litchfieldcavo.com