NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEAN MICHEL MECHIN,<br><br>                        Petitioner,<br><br>v.<br><br>CARQUEST CORPORATION, CARQUEST PRODUCTS, INC.; TMC ENTERPRISES; VOLTEC INDUSTRIES; TASCO; BWP DISTRIBUTORS, INC.; AND ABC CORPORATIONS 1-10 (said names presently unknown and fictitious,<br><br>                        Defendants. | Civil Action No. 07-cv-5824 (SDW)(MCA)<br><br>**ORDER**<br><br>February 28, 2012 |

**WIGENTON**, District Judge.

Before this Court is Defendants Carquest Corporation, Carquest Products, Inc., and BWP Distributors, Inc.'s Motion for Summary Judgment ("Carquest's Motion") pursuant to Federal Rule of Civil Procedure 56.  Also before this Court is Defendant Voltec Industries' Cross-Motion for Summary Judgment ("Voltec's Motion") and Defendant TMC Enterprises' Cross-Motion for Summary Judgment ("TMC/Tasco's Motion"), both pursuant to Federal Rule of Civil Procedure 56.  For the reasons stated in this Court's Opinion dated February 28, 2012, it is hereby

**ORDERED** that Carquest's Motion is **DENIED** TMC/Tasco's Motion is **DENIED**, and Voltec's Motion is **GRANTED** in part and **DENIED** in part as **MOOT**.

                                                                                  s/Susan D. Wigenton, U.S.D.J.

Orig:   Clerk
Cc:     Madeline Cox Arleo, U.S.M.J.
           Parties