McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
Attorneys for Defendant, Carquest Corporation

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEAN MICHEL MECHIN,<br><br>Petitioner,<br><br>v.<br><br>CARQUEST CORPORATION, CARQUEST PRODUCTS, INC.; TMC ENTERPRISES; VOLTEC INDUSTRIES; TASCO; BWP DISTRIBUTORS, INC.; AND ABC CORPORATIONS 1-10 (said names presently unknown and fictitious,<br><br>Defendants. | Civil Action No: 07-5824(SDW)(MCA)<br><br>SUBSTITUTION OF ATTORNEY |

The undersigned hereby consents to the substitution of John T. Coyne, Esq. of the law firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP as attorneys for the Defendant, Carquest Corporation.

MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP
Withdrawing Attorney

By: _/s/ John H. Maucher_
JOHN H. MAUCHER, ESQ.
Dated: 3/15/12

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Superseding Attorneys

By: _/s/ John T. Coyne_
JOHN T. COYNE
Dated: 3-20-12

1739828_1.DOC