**BODELL, BOVÉ, GRACE & VAN HORN, P.C.**
1913 Greentree Road, Suite A
Cherry Hill, NJ 08003
*Attorney for Defendant, BWP Distributors, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEAN MICHAEL MECHIN | : |
| *Plaintiff,* | : |
| v. | : CIVIL ACTION |
| | : NO. 07-5824 (SDW)(MCA) |
| CARQUEST CORPORATION, | : **SUBSTITUTION OF ATTORNEY** |
| CARQUEST PRODUCTS, INC.; TMC ENTERPRISES; VOLTEC INDUSTRIES; TASCO; BWP DISTRIBUTORS, INC.; AND ABC CORPORATIONS 1-10 (said names presently unknown and fictitious) | : [This Document has been Electronically Filed] |
| *Defendants.* | : |

      The undersigned hereby consents to the substitution of Louis A. Bové, Esquire of the law firm of Bodell, Bove, Grace & Van Horn as attorneys for the Defendant, BWP Distributors, Inc.

| | |
|---|---|
| **MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP** | **BODELL, BOVE, GRACE & VAN HORN, P.C.** |
| Withdrawing Attorney | Superseding Attorneys |
| By: /s/ John H. Maucher | By: /s/ Louis A. Bové |
|     JOHN H. MAUCHER, ESQUIRE |     LOUIS A. BOVE, ESQUIRE |
| Dated: March 27, 2012 | Dated: March 27, 2012 |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Substitution of Attorney has been electronically filed and served on the counsel listed below on this date, and is available for viewing on the Court's Electronic Case Filing System.

Matthew R. Mendelsohn, Esquire
Mazie, Slater, Katz & Freeman, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
**Attorney for Jean Michael Mechin**

Jennifer L. Stratis, Esquire
Litchfield Cavo, LLP
1800 Chapel Avenue West, Suite 360
Cherry Hill, New Jersey 08002
**Attorneys for TMC Enterprises and Tasco**

Scott L. Haworth, Esquire
Haworth, Coleman & Gerstman, LLC
45 Broadway, 21st Floor
New York, New York 10006
**Attorneys for Voltec Industries**

John H. Maucher, Esquire
Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP
2070 Springdale Road, Suite 400
Cherry Hill, New Jersey 08003
**Attorneys for Carquest Products, Inc**.

John T. Coyne, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
**Attorneys for Carquest Corporation**

/s/ Louis A. Bové
Louis A. Bové, Esquire
**BODELL, BOVÉ, GRACE & VAN HORN, P.C.**
1913 Greentree Road, Suite A
Cherry Hill, NJ 08003
Tel: (856) 414-1441
Fax: (856) 414-9119
lbove@bodellbove.com
*Attorney for Defendant, BWP Distributors, Inc*.

Date: March 27, 2012