**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JEAN MICHAEL MECHIN | : |
| | : |
| *Plaintiff,* | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO.  07-5824 (SDW)(MCA) |
| | : |
| CARQUEST CORPORATION, | : **NOTICE OF APPEARANCE** |
| CARQUEST PRODUCTS, INC.; TMC | : |
| ENTERPRISES; VOLTEC INDUSTRIES; | : |
| TASCO; BWP DISTRIBUTORS, INC.; | : [This Document has been |
| AND ABC CORPORATIONS 1-10 (said | : Electronically Filed] |
| names presently unknown and fictitious) | : |
| | : |
| *Defendant*s. | : |
| | : |
| | : |
| | : |
| | : |

TO THE CLERK OF COURT:

      Kindly enter the appearance of Jay M. Green, Esquire for Defendant, BWP Distributors, Inc., in the above captioned matter.

               /s/ Jay M. Green_____
               Jay M. Green, Esquire
               **BODELL, BOVÉ, GRACE & VAN HORN, P.C.**
               1913 Greentree Road, Suite A
               Cherry Hill, NJ 08003
               Tel: (856) 414-1441
               Fax: (856) 414-9119
               jgreen@bodellbove.com
               *Attorney for Defendant, BWP Distributors, Inc*.

Date: March 27, 2012

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true and correct copy of the foregoing Entry of

Appearance has been electronically filed and served on the counsel listed below on this date, and

is available for viewing on the Court's Electronic Case Filing System.


Matthew R. Mendelsohn, Esquire
Mazie, Slater, Katz & Freeman, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
**Attorney for Jean Michael Mechin**

Jennifer L. Stratis, Esquire
Litchfield Cavo, LLP
1800 Chapel Avenue West, Suite 360
Cherry Hill, New Jersey 08002
**Attorneys for TMC Enterprises and Tasco**


Scott L. Haworth, Esquire
Haworth, Coleman & Gerstman, LLC
45 Broadway, 21st Floor
New York, New York 10006
**Attorneys for Voltec Industries**

John H. Maucher, Esquire
Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP
2070 Springdale Road, Suite 400
Cherry Hill, New Jersey 08003
**Attorneys for Carquest Products, Inc**.


John T. Coyne, Esquire
McElroy, Deutsch, Mulvaney &
Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
**Attorneys for Carquest Corporation**


/s/ Jay M. Green
Jay M. Green, Esquire
**BODELL, BOVÉ, GRACE & VAN HORN, P.C.**
1913 Greentree Road, Suite A
Cherry Hill, NJ 08003
Tel: (856) 414-1441
Fax: (856) 414-9119
jgreen@bodellbove.com
*Attorney for Defendant, BWP Distributors, Inc*.


Date: March 27, 2012