IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEAN MICHAEL MECHIN<br><br>*Plaintiff,*<br><br>v.<br><br>CARQUEST CORPORATION, CARQUEST PRODUCTS, INC.; TMC ENTERPRISES; VOLTEC INDUSTRIES; TASCO; BWP DISTRIBUTORS, INC.; AND ABC CORPORATIONS 1-10 (said names presently unknown and fictitious)<br><br>*Defendants.* | CIVIL ACTION<br><br>NO.  07-5824 (SDW)(MCA)<br><br>**NOTICE OF APPEAL**<br><br>[This Document has been Electronically Filed] |

PLEASE TAKE NOTICE that Defendant, BWP Distributors, Inc., hereby appeals to the United States Court of Appeals for the Third Circuit from this Court's Order and Opinion entered on February 28, 2012 denying the Motion for Summary Judgment filed on behalf of Defendants, Carquest Corporation, Carquest Products, Inc., and BWP Distributors, Inc., and granting Defendant, Voltec Industries' Cross Motion for Summary Judgment, which was granted, in part, and denied, in part, as moot.

          Respectfully submitted,

          /s/ Louis A. Bové
          Louis A. Bové , Esquire
          Jay M. Green, Esquire
          **BODELL, BOVÉ, GRACE & VAN HORN, P.C.**
          1913 Greentree Road, Suite A
          Cherry Hill, NJ 08003
          Tel: (856) 414-1441/Fax: (856) 414-9119
          lbove@bodellbove.com
          jgreen@bodellbove.com
          *Attorney(s) for Defendant, BWP Distributors, Inc*.

Date: March 27, 2012

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing Notice of Appeal has been electronically filed and served on the counsel listed below on this date via electronic mail, and is available for viewing on the Court's Electronic Case Filing System.

| | |
|---|---|
| Matthew R. Mendelsohn, Esquire<br>Mazie, Slater, Katz & Freeman, LLP<br>103 Eisenhower Parkway<br>Roseland, New Jersey 07068<br>**Attorney for Jean Michael Mechin** | Jennifer L. Stratis, Esquire<br>Litchfield Cavo, LLP<br>1800 Chapel Avenue West, Suite 360<br>Cherry Hill, New Jersey 08002<br>**Attorneys for TMC Enterprises and Tasco** |
| Scott L. Haworth, Esquire<br>Haworth, Coleman & Gerstman, LLC<br>45 Broadway, 21st Floor<br>New York, New York 10006<br>**Attorneys for Voltec Industries** | John H. Maucher, Esquire<br>Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP<br>2070 Springdale Road, Suite 400<br>Cherry Hill, New Jersey 08003<br>**Attorneys for Carquest Products, Inc**. |
| John T. Coyne, Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown, New Jersey 07962<br>**Attorneys for Carquest Corporation** | |

                                        /s/ Louis A. Bové
                                        Louis A. Bové , Esquire
                                        Jay M. Green, Esquire
                                        **BODELL, BOVÉ, GRACE & VAN HORN, P.C.**
                                        1913 Greentree Road, Suite A
                                        Cherry Hill, NJ 08003
                                        Tel: (856) 414-1441/Fax: (856) 414-9119
                                        lbove@bodellbove.com
                                        jgreen@bodellbove.com
                                        *Attorney(s) for Defendant, BWP Distributors, Inc*.

Date: March 27, 2012